UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal Case No. 1:21-cr-193-LM-01/02 |
| v. | ) ) | Count 1: Conspiracy to Commit Firearms Trafficking |
| ANISHA CORREA and JULIUS CLEMENTE, a/k/a "Q," | ) ) ) | (18 U.S.C. §§ 371, 922(a)(1)) |
| Defendants | ) ) ) ) | |

## INDICTMENT

The Grand Jury charges:

### Background

At all times relevant to this Indictment:

1. Defendant ANISHA CORREA resided in Manchester, New Hampshire.

2. Defendant JULIUS CLEMENTE, a/k/a "Q," resided in Brockton, Massachusetts.

3. Neither of the defendants were licensed to sell firearms.

4. A person purchasing firearms from a federal firearms licensee ("FFL") is required to complete an ATF Form 4473 and certify that he or she is the actual buyer or transferee of the firearm and the firearm is not being acquired on behalf of someone else.

### COUNT ONE
Conspiracy to Commit Firearms Trafficking
18 U.S.C. §§ 371 and 922(a)(1)

### The Conspiracy

5. Beginning at an unknown date, but at least by December 2020, and continuing through in or about April 2021, in the District of New Hampshire and elsewhere, the defendants,

ANISHA CORREA and

1

JULIUS CLEMENTE, a/k/a "Q,"

did knowingly and unlawfully combine, conspire, agree with each other and with other persons known and unknown to the Grand Jury to commit an offense defined in Title 18, United States Code, Section 922(a)(1), namely, to engage in the business of dealing in firearms without being a licensed firearms dealer.

### The Object of the Conspiracy

6. The object of the conspiracy was to purchase firearms from federal firearms licensees ("FFLs") in New Hampshire and sell them to persons who resided outside of New Hampshire or were ineligible to purchase firearms.

### Manner and Means

7. The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

8. CORREA purchased at least 20 firearms from several FFLs in New Hampshire. She also attempted to purchase at least another three firearms from some of the same FFLs. CORREA frequently paid in cash and was accompanied by CLEMENTE on some of these purchases.

9. On multiple occasions, CORREA and CLEMENTE coordinated with each other to arrange the purchases and/or subsequent sales of particular firearms. Communications between them demonstrate that they devoted time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood and profit through the repetitive purchase and resale of firearms.

10. CORREA and CLEMENTE ultimately sold and transferred at least some of the purchased firearms to persons living outside of New Hampshire.

### Overt Acts in Furtherance of the Conspiracy

11. In furtherance of the conspiracy and to effect the illegal acts thereof, at least one of the following overt acts, among others, were committed in the District of New Hampshire and elsewhere:

12. On or about the dates listed below, ANISHA CORREA purchased at least 20 firearms from multiple FFLs in New Hampshire as follows:

| Gun # | Purchase Date | Date of Possession | Manufacturer | Model | Caliber | Serial # |
|---|---|---|---|---|---|---|
| 1 | 12/01/20 | (soon after) | Glock | 43 | 9 | AEUS873 |
| 2 | 12/04/20 | 12/08/20 | Glock | 42 | 380 | AEWA982 |
| 3 | 12/07/20 | 12/08/20 | Taurus | PT 111 G2A | 9 | ABL116963 |
| 4 | 12/07/20 | 12/08/20 | Smith & Wesson | M&P 40 Shield | 40 | JFP3889 |
| 5 | 12/07/20 | 12/08/20 | Taurus | PT 111 G2C | 9 | ABL185664 |
| 6 | 01/06/21 | (soon after) | Glock | 43 | 9 | ZNR924 |
| 7 | 01/08/21 | (soon after) | Taurus | G3 | 9 | ABN363338 |
| 8 | 01/13/21 | 01/15/21 | Glock | 42 | 380 | AFAG049 |
| 9 | 01/15/21 | 01/18/21 | Glock | 43X | 9 | BPAX649 |
| 10 | 01/15/21 | (soon after) | Glock | 19X | 9 | AFBG157 |
| 11 | 01/18/21 | 01/25/21 | FNH USA, LLC | 509 | 9 | GKS0114686 |
| 12 | 01/18/21 | 01/25/21 | Smith & Wesson | M&P 9 Shield | 9 | JFN1404 |
| 13 | 01/18/21 | 01/25/21 | Glock | 30 | 45 | BSBW600 |
| 14 | 02/18/21 | 02/24/21 | Kimber | Micro 9 | 9 | TB0021089 |
| 15 | 02/23/21 | 02/24/21 | Smith & Wesson | M&P 40 Shield | 40 | JHR8230 |
| 16 | 02/23/21 | 02/24/21 | Berretta | APX | 9 | AXC039879 |
| 17 | 03/06/21 | (soon after) | Glock | 27 Gen 4 | 40 | XYN011 |
| 18 | 03/07/21 | (soon after) | Sturm Ruger | LCP | 380 | 380623364 |
| 19 | 03/09/21 | (soon after) | Smith & Wesson | M&P 9 Shield | 9 | JFX3961 |
| 20 | 03/10/21 | (soon after) | Glock | 43X | 9 | BSEE650 |

13. On or about the dates listed below, ANISHA CORREA attempted to purchase at least three firearms from multiple FFLs in New Hampshire as follows:

| Gun # | Purchase Date | Manufacturer | Model | Caliber | Serial # |
|---|---|---|---|---|---|
| A | 02/26/21 | Sig Sauer | P365 | 9 | 66B306021 |
| B | 02/26/21 | Beretta | APX | 9 | A125569X |
| C | 03/11/21 | Smith & Wesson | MP Shield EZ | 9 | RJV4931 |

14. On or about February 26, 2021, JULIUS CLEMENTE accompanied ANISHA CORREA on a visit to an FFL, where CORREA attempted to purchase two firearms. CORREA was short on cash and asked CLEMENTE to withdraw money from an ATM at a nearby store.

3

15. At ANISHA CORREA's request, on or about February 26, 2021, JULIUS CLEMENTE used a debit card to withdraw $40 in cash via an ATM.

16. As the scheme progressed, JULIUS CLEMENTE and ANISHA CORREA solicited Person A to purchase firearms on behalf of CLEMENTE, in other words, to be a "straw purchaser" for CLEMENTE.  Person A subsequently attempted to purchase at least two firearms from FFLs for CLEMENTE.

All in violation of Title 18, United States Code, Sections 371 and 922(a)(1).

**NOTICE OF FORFEITURE**

Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offense.

(All in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.)

A TRUE BILL


Dated:  December 6, 2021                          /s/ Foreperson
                                                  FOREPERSON

JOHN J. FARLEY
ACTING UNITED STATES ATTORNEY



         /s/ Alexander S. Chen
By:      Alexander S. Chen
         Special Assistant U.S. Attorney

         Seth R. Aframe
         Assistant U.S. Attorney